| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND BALTIMORE DIVISION |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    Teetle, Inc. d/b/a Ameritree

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    81-4518268

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 206 Chaucer Lane Unit M Bel Air, MD 21014 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Harford | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Teetle, Inc. d/b/a Ameritree**            Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Teetle, Inc. d/b/a Ameritree**    Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Teetle, Inc. d/b/a Ameritree**　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Teetle, Inc. d/b/a Ameritree**                          Case number (*if known*)
       Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 11, 2025**
              MM / DD / YYYY

**X** **/s/ Joseph Schmitt**                                **Joseph Schmitt**
Signature of authorized representative of debtor            Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Robert M. Stahl**                      Date  **March 11, 2025**
Signature of attorney for debtor                         MM / DD / YYYY

**Robert M. Stahl**
Printed name

**Law Offices of Robert M. Stahl**
Firm name

**1142 York Road**
**Lutherville, MD 21093**
Number, Street, City, State & ZIP Code

Contact phone  **410-825-4800**   Email address  **StahlLaw@comcast.net**

**11537 MD**
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Teetle, Inc. d/b/a Ameritree** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND BALTIMORE DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aberdeen Fcu**<br>Pob 1176<br>Aberdeen, MD 21001 | | **Charge Account** | | | | $9,801.58 |
| **Best Buy/Citibank North America**<br>Citibank SD MC 425<br>5800 South Corp Place<br>Sioux Falls, SD 57108 | | **Charge Account** | | | | $1.00 |
| **Chase Card Services**<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | | **Charge Account** | | | | $70,711.48 |
| **Citibank, NA**<br>P O Box 6024<br>Sioux Falls, SD 57117 | | **Charge Account** | | | | $12,130.19 |
| **Discover Financial**<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054 | | **Charge Account** | | | | $1.00 |
| **Esbin Escobedo**<br>c/o 519 H Street NW<br>Washington, DC 20001 | | **Pending Lawsuit** | **Contingent Unliquidated Disputed** | | | $20,937.00 |
| **Ford Motor Credit**<br>1 American Road<br>Dearborn, MI 48126 | | **Car Loan** | | $71,593.37 | $0.00 | $71,593.37 |
| **Guillermo Calderon**<br>c/o 519 H Street NW<br>Washington, DC 20001 | | **Pending Lawsuit** | **Contingent Unliquidated Disputed** | | | $19,042.50 |

Debtor **Teetle, Inc. d/b/a Ameritree**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jose Morales** c/o 519 H Street NW Washington, DC 20001 | | **Pending Lawsuit** | **Contingent Unliquidated Disputed** | | | $37,650.00 |
| **Joseph Schmitt** 206 Chaucer Lane, Apt M Bel Air, MD 21014 | | **Shareholders Loan** | | | | $100,000.00 |
| **Josue Santos** c/o 519 H Street SW Washington, DC 20001 | | **Pending Lawsuit** | **Contingent Unliquidated Disputed** | | | $1,980.00 |
| **Oakmont Capital** 600 Willowbrooke Lane Suite 601 West Chester, PA 19382 | | **Debt** | | $44,000.00 | $0.00 | $44,000.00 |

```
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101


ABERDEEN FCU
POB 1176
ABERDEEN, MD 21001


BEST BUY/CITIBANK NORTH AMERICA
CITIBANK SD MC 425
5800 SOUTH CORP PLACE
SIOUX FALLS, SD 57108


BILL BISSELL
3420 EDWARDS LANE
MIDDLE RIVER, MD 21220


CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15298
WILMINGTON, DE 19850


CITIBANK, NA
P O BOX 6024
SIOUX FALLS, SD 57117


COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
301 W PRESTON STREET, ROOM 409
BALTIMORE, MD 21201


DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3025
NEW ALBANY, OH 43054


ESBIN ESCOBEDO
C/O 519 H STREET NW
WASHINGTON, DC 20001
```

ESBIN ESCOBEDO
529 MAUDE AVENUE
BROOKLYN, MD 21225


FORD MOTOR CREDIT
1 AMERICAN ROAD
DEARBORN, MI 48126


GUILLERMO CALDERON
C/O 519 H STREET NW
WASHINGTON, DC 20001


GUILLERMO CALDERON
3603 10TH STREET
BROOKLYN, MD 21225


JOSE MORALES
C/O 519 H STREET NW
WASHINGTON, DC 20001


JOSE MORALES
3603 10TH STREET
BALTIMORE, MD 21205


JOSE MORALES
529 MAUDE AVENUE
BROOKLYN, MD 21225


JOSEPH SCHMITT
206 CHAUCER LANE, APT M
BEL AIR, MD 21014


JOSUE SANTOS
C/O 519 H STREET SW
WASHINGTON, DC 20001

JOSUE SANTOS
619 REGATTA AVENUE
BROOKLYN, MD 21225


JUSTIN ZELIKOVITZ, ESQUIRE
DC WAGE LAW FIRM
519 H STREET NW
WASHINGTON, DC 20001


LAW OFFICES OF BRIAN K YOUNG
808 S MAIN STREET
BEL AIR, MD 21014


MARYLAND DEPARTMENT OF LABOR & LICENSE
500 NORTH CAVERT STREET, 3RD FLOOR
BALTIMORE, MD 21202


MITSUBISHI CAPITAL
21925 NETWORK PLACE
CHICAGO, IL 60673


OAKMONT CAPITAL
600 WILLOWBROOKE LANE
SUITE 601
WEST CHESTER, PA 19382


PNC EQUIPMENT FINANCE
655 BUSINESS CENTER DRIVE
SUITE 250
HORSHAM, PA 19044


STATE OF MARYLAND
DIVISION OF UNEMPLOYMENT INSURANCE
1100 N EUTAW STREET
BALTIMORE, MD 21201


US BANK
P O BOX 790408
SAINT LOUIS, MO 63179

# United States Bankruptcy Court
### District of Maryland Baltimore Division

In re **Teetle, Inc. d/b/a Ameritree**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Teetle, Inc. d/b/a Ameritree** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 11, 2025**
Date

**/s/ Robert M. Stahl**
**Robert M. Stahl**
Signature of Attorney or Litigant
Counsel for **Teetle, Inc. d/b/a Ameritree**
**Law Offices of Robert M. Stahl**
**1142 York Road**
**Lutherville, MD 21093**
**410-825-4800 Fax:410-825-4880**
**StahlLaw@comcast.net**